UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERTO RAMIREZ,

    Plaintiff,

v.                                    CASE NO. 8:17-cv-3064-T-23TGW

GFC LENDING LLC,

    Defendant.
_____/

## **ORDER**

The unopposed motion (Doc. 9) to stay the action pending arbitration is **GRANTED**, and the action is **STAYED**. No later than ten days after the arbitral decision, the parties must move to confirm or vacate the decision or must stipulate to the dismissal of this action. The clerk is directed to **ADMINISTRATIVELY CLOSE** the case.

ORDERED in Tampa, Florida, on January 25, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE