**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROBERTO RAMIREZ,

   Plaintiff

CASE NO.:  8:17-cv-03064-SDM-TGW

-vs-

GFC LENDING, LLC d/b/a GO FINANCIAL

   Defendant.

_____/

**NOTICE OF SETTLEMENT**

     Plaintiff, Roberto Ramirez, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: March 5, 2018

                                                  */s/Octavio Gomez*
                                                 Octavio "Tav" Gomez, Esquire
                                                 Florida Bar No.: 338620
                                                 Morgan & Morgan, Tampa, P.A.
                                                 201 North Franklin Street, 7th Floor
                                                 Tampa, Florida 33602
                                                 Telephone: (813) 223-5505
                                                 Facsimile:  (813) 223-5402
                                                 Primary Email:
                                                 TGomez@ForThePeople.com
                                                 Secondary Email:
                                                 MMartinez@ForThePeople.com
                                                   *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of March, 2018, a true and correct copy of the foregoing has been filed with, and provided to all counsel of record, via the Court's CM/ECF system.

                                                  */s/ Octavio Gomez*
                                                  Octavio "Tav" Gomez, Esquire
                                                  Florida Bar #: 0338620